# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                       CASE NO.   21-20006-JAR/TJJ

ABRAHAM PINEDA-RODRIGUEZ,

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**ILLEGAL REENRY**
**[8 U.S.C. § 1326(a)]**

On or about May 18, 2018, in the District of Kansas, the defendant,

**ABRAHAM PINEDA-RODRIGUEZ,**

an alien to the United States of America, was found within the United States after having been previously deported and removed from the United States on or about December 9, 2016, without having obtained the express consent of the Attorney General or the

Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

# COUNT 2

### ILLEGAL REENRY
### [8 U.S.C. § 1326(a)]

On or about October 11, 2018, in the District of Kansas, the defendant,

**ABRAHAM PINEDA-RODRIGUEZ,**

an alien to the United States of America, was found within the United States after having been previously deported and removed from the United States on or about December 9, 2016, without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

April 7, 2021       s/Foreperson
DATE      FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Faiza H. Alhambra
Faiza H. Alhambra
Assistant United States Attorney
Email: Faiza.Alhambra@usdoj.gov
Ks. S. Ct. No. 24525

By: /s/ Ryan J. Huschka
Ryan J. Huschka
Assistant United States Attorney
Email: Ryan.Huschka@usdoj.gov
Ks. S. Ct. No. 23840

District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

### Counts 1-2

- Punishable by a term of imprisonment of not more than two (2) years.  8 U.S.C. § 1326(a).

- A term of supervised release of not more than one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).