

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

UNITED STATES MARSHAL
RECEIVED

APR 08 2021
12:44p PBrown
KANSAS CITY, KS

UNITED STATES OF AMERICA
Plaintiff,

v.

ABRAHAM PINEDA-RODRIGUEZ,
Defendant.

Case No. 21-20006-01-JAR/TJJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay ABRAHAM PINEDA-RODRIGUEZ, who is accused of an offense or violation based on the following document filed with the court:

| | | |
|---|---|---|
| [X] Indictment | [ ] Superseding Indictment | [ ] Information |
| [ ] Superseding Information | [ ] Complaint | [ ] Probation Violation Petition |
| [ ] Supervised Release Violation Petition | [ ] Violation Notice | [ ] Order of the Court |

This offense is briefly described as follows:

Cts. 1 and 2: 8 U.S.C. § 1326(a) – Illegal

Reentry Date: 4/8/2021

City and State: Kansas City, KS

s/Heather Wilkerson
*Issuing officer's signature*
Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (*date*) 6/13/2022, and the person was arrested on (*date*) 6/13/2022 at (*city and state*) Olathe, KS

Date: 6/13/2022

*Arresting officer's signature*

Neil Herman, Deportation Officer
*Printed name and title*