**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Ryan Huschka, AUSA |
|---|---|
| Plaintiff, | |
| v.  Case No: 21-cr-20006-JAR-TJJ | |
| ABRAHAM PINEDA-RODRIGUEZ, | Che Ramsey, AFPD |
| Defendant. | |

| JUDGE: | Judge James | DATE: | 6/13/2022 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | FTR @ 1:36 PM tjj |
| INTERPRETER: | Sara Gardner | PROBATION: | Amanda Hudson |

## PROCEEDINGS

☒ **Initial Rule 5/Rule 5(c)(3) - 10 minutes**  ☐ Initial Revocation Hearing  ☐ Bond Hearing
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Bond Revocation Hearing
☐ Arraignment
☐ Discovery Conference
☒ **Violations explained to defendant**  ☒ **Defendant sworn/examined re: financial status (voucher)**
☒ **Counsel appointed – Che Ramsey, AFPD**

☒ **Constitutional Rights Explained**
☒ **Felony**  ☐ Misdemeanor
☐ Declines to Waive Indictment  ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment  ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☐ Waived Reading of:  ☐ Read to Defendant:
　　　　　　　　　　　☐ Indictment
　　　　　　　　　　　☐ Information
　　　　　　　　　　　☐ Number of Counts:
☐ Guilty  ☐ Not Guilty
☐ Bail Revoked
☐ Bail Fixed at: $_____
☐ Release Order executed
☐ Continued on present bond
☒ **Due Process Protections Act (Brady v. Maryland)**
☒ **Remanded to Custody pending detention hearing.**
☒ **Arraignment and Detention hearing set for June 15, 2022 at 2:00 p.m. in courtroom 236 before Judge James.**
☒ **Status Hearing set for July 28, 2022 at 9:00 a.m. by telephone before Judge Robinson.**
☒ **OTHER: ICE waives the 10 day holding period to pick up defendant.**