**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Ryan Huschka, AUSA |
| Plaintiff, | |
| v.     Case Nos:   21-cr-20006-JAR-TJJ | |
| ABRAHAM PINEDA-RODRIGUEZ, | Che Ramsey, AFPD |
| Defendant. | |

| JUDGE: | Judge James | DATE: | 6/15/2022 |
|---|---|---|---|
| CLERK: | Teddy Van Ness | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | Carlos Castillo | PROBATION: | Amanda Hudson |
| | | START TIME: | 2:15 P.M. |

## PROCEEDINGS

☒ **Detention Hearing -   29  minutes**        ☒ **Arraignment  -  1 minute**
☐ Pretrial Release Revocation Hearing (for Clerk's office docketing purposes – Bond Revocation).

☒ **Waived Reading of:**        ☐ **Read to Defendant:**
   ☒ **Indictment**
   ☐ **Information**
   ☒ **Counts:  1, 2**
☐ Guilty   ☒ Not Guilty

☐ Bail Revoked
☒ **Release Order executed**
☐ Continued on Release
☐ Remanded to Custody
☒ **Case Management Order will be issued by Magistrate Judge James.**
☒ **Status Conference set for July 28, 2022 at 9:00 a.m. by telephone before Judge Robinson.**

☒ **OTHER:   The Court does not find the defendant to be a danger to the community or a flight risk for reasons stated on the record. Defendant currently has an ICE detainer. Order Setting Conditions of Release to follow.**